**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE TRULIEVE CANNABIS CORP. SECURITIES LITIGATION, | Master File No. 1:19-cv-07289-EK-RER |
| | CLASS ACTION |
| This Document Relates To: All Actions | |

**ORDER GRANTING DEFENDANTS'**
**UNOPPOSED MOTION TO TRANSFER VENUE**

WHEREAS, on April 13, 2020, Defendants Trulieve Cannabis Corp., Kim Rivers and Mohan Srinivasan ("Movants") moved the Court to transfer this consolidated action to the Northern District of Florida.

WHEREAS, the Court finding that Plaintiffs have not opposed this motion.

WHEREAS, the Court finding that the factors in a 28 U.S.C. §1404(a) analysis weigh in favor of transfer to the Northern District of Florida.

**IT IS HEREBY ORDERED THAT:**  The above-captioned action is transferred to the Northern District of Florida for further proceedings.

SO ORDERED:

Dated: April 14, 2020

/s/ Ramon E. Reyes, Jr.

HONORABLE RAMON E. REYES, JR
UNITED STATES MAGISTRATE JUDGE