**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


MONICA ACERRA, individually
and on behalf of all others similarly
situated,

      Plaintiff,

v.                        CASE NO. 4:20cv186-RH-MJF

TRUELIEVE CANNABIS CORP.,
KIM RIVERS, and MOHAN SRINIVASAN,

      Defendants.

_____/


DAVID MCNEAR, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.                        CASE NO. 4:20cv187-RH-MJF

TRUELIEVE CANNABIS CORP.,
KIM RIVERS, and MOHAN SRINIVASAN,

      Defendants.

_____/


**<u>CONSOLIDATION ORDER</u>**


Case No. 4:20cv186-RH-MJF and 4:20cv187-RH-MJF

IT IS ORDERED:

1. These cases are consolidated for all purposes.

2. The docket will be maintained in, and all additional submissions must be filed only in, Consolidated Case No. 4:20cv186-RH-MJF.

3. Unless otherwise ordered, the lead plaintiff and lead counsel are those appointed in the Southern District of New York prior to transfer. *See* ECF No. 8 in Case No. 4:20cv186.

SO ORDERED on April 20, 2020.

s/Robert L. Hinkle
United States District Judge

Case No. 4:20cv186-RH-MJF and 4:20cv187-RH-MJF