# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MONICA ACERRA et al.,

    Plaintiffs,

v.

CONSOLIDATED
CASE NO. 4:20cv186-RH-MJF

TRUELIEVE CANNABIS CORP. et al.,

    Defendants.

_____/

## AMENDED SCHEDULING ORDER

IT IS ORDERED:

1. The defendants' consented motion, ECF No. 17, to amend the initial scheduling order is granted.

2. The plaintiffs may file an amended complaint by June 29, 2020.

3. The deadline for the defendants to respond to an amended complaint is 60 days after the amended complaint is filed.

4. The deadline to respond to a motion to dismiss is 45 days after the motion is filed.

Case No. 4:20cv186-RH-MJF

5. The defendants may file a reply memorandum in support of a motion to dismiss. The deadline for a reply memorandum is 30 days after the response to the motion to dismiss is filed.

6. The deadline for the Federal Rule of Civil Procedure 26(f) conference is 21 days after entry of an order on a motion to dismiss. The deadline for the 26(f) report is 14 days after the conference.

7. Discovery may begin after the 26(f) conference.

8. The deadlines for Federal Rule of Civil Procedure 26(a) disclosures are extended to (a) dates the parties agree to at the 26(f) conference or (b) dates set by order after the 26(f) report is filed.

9. The presumptive discovery deadline and trial date in the initial scheduling order are vacated.

10. Except as modified by this order, the initial scheduling order remains in effect.

SO ORDERED on April 28, 2020.

s/Robert L. Hinkle<br>United States District Judge