**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| MONICA ACERRA, et al., | |
| Plaintiffs, | |
| v. | CONSOLIDATED CASE NO. 4:20cv186-RH-MJF |
| TRULIEVE CANNABIS CORP., et al., | |
| Defendants. | |

**AFFIDAVIT OF PAUL R. BESSETTE**

STATE OF TEXAS          )
                        )
COUNTY OF TRAVIS        )

PAUL R. BESSETTE, being duly sworn, states the following:

1.      I am a partner in the firm of King & Spalding LLP and one of the attorneys representing Defendants Trulieve Cannabis Corp., Kim Rivers, and Mohan Srinivasan ("Defendants") in the above-captioned action.  I submit this affidavit to provide the Court with materials, which are self-authenticating documents or are otherwise not in controversy, and which are cited in the Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint.

2.      Attached hereto as Exhibit 1 is a true and correct copy of a Trulieve Cannabis Corp. Investor and Media Q&A document, published on the company's website at https://investors.trulieve.com/static-files/5b29689e-a798-4a10-aa1f-64e3b39f264d.

3.      Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of Trulieve Cannabis Corp. Management Discussion and Analysis for the quarter ended March 31, 2019, released on May 28, 2019.

4.      Attached hereto as Exhibit 3 is a true and correct copy of Trulieve Cannabis Corp. Management Discussion and Analysis for the quarter and nine months ended September 30, 2018, released on November 19, 2018.

5.      Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts of Trulieve Cannabis Corp. Annual Information Form for the year ended December 31, 2018., released on April 10, 2019.

6.      Attached hereto as Exhibit 5 is a true and correct copy of relevant excerpts of Trulieve Cannabis Corp. Consolidated Financial Statements for the Years ended December 31, 2018 and 2017, released on April 10, 2019.

7.      Attached hereto as Exhibit 6 is a true and correct copy of Trulieve Cannabis Corp. Unaudited and Condensed Consolidated Interim Financial Statements for the quarter and nine months ended September 30, 2019 and 2018, released on November 18, 2019.

8.      Attached hereto as Exhibit 7 is a true and correct copy of relevant excerpts of Trulieve Cannabis Corp. Management Discussion and Analysis for the financial year ended December 31, 2018, released on April 10, 2019.

9.      Attached hereto as Exhibit 8 is a true and correct copy of relevant excerpts of Trulieve Cannabis Corp. Annual Information Form for the year ended December 31, 2017, released on October 9, 2018.



Paul R. Bessette

SUBSCRIBED AND SWORN to before me and given under my hand and seal this office

on the 11th day of September 2020.



Notary Public for the State of Texas
My commission expires:
    April 05, 2022



3