# Exhibit 4



**Trulieve Cannabis Corp.**

**Annual Information Form**

**For the year ended December 31, 2018**

Dated April 10, 2019

a 126,000 square-foot medical marijuana cultivation and processing facility. Life Essence has also been awarded letters of support from these cities. Subject to receipt of Final Certificates of Registration and local permitting, these initiatives will allow Life Essence to build out its infrastructure and engage in medical cannabis cultivation, processing and retailing in Massachusetts. Additionally, Life Essence has executed statutorily required Host Community Agreements with the City of Holyoke that, subject to receipt of other state and local approvals, authorizes Life Essence to cultivate and process adult use cannabis, and with the City of Northampton that, subject to receipt of other state and local approvals, authorizes Life Essence to operate a retail marijuana establishment.

On November 8, 2018, the Corporation announced it had entered into a LLC membership interest purchase agreement (the "**Leef Industries Purchase Agreement**") dated as of November 7, 2018 between Kort Potter ("**Potter**") and the Corporation to acquire all of the issued and outstanding membership interests of Leef Industries, a California limited liability company. Leef Industries is a licensed medical and adult-use cannabis dispensary located in Palm Springs, California. Trulieve believes Leef Industries has demonstrated encouraging growth in the market, offering in-store and online shopping, along with product home delivery.

To date, the Corporation has acquired 80% of the issued and outstanding membership interests of Leef Industries. In accordance with the terms of the Leef Industries Purchase Agreement, within three business days following the final approval from the city of Palm Springs and the State of California and the transfer of any remaining dispensary permits and licenses to the Corporation, the Corporation is to purchase the remaining 20% membership interest in Leef Industries on payment of the balance of the Leef Industries Purchase Price of US$800,000. All payments from the Corporation not passed through to Potter are to be held in escrow until final approval from the city of Palm Springs and the proposed transfer of dispensary permits and licenses to the Corporation has been fully approved. The Corporation cannot predict the timing or grant of regulatory approvals. See "*Risk Factors*".

**Financing Activities**

In April 2016, Trulieve US issued a $1,000,000 promissory note (the "**2016 Note**") to George Hackney, a director and shareholder of the Corporation, to finance the acquisition of certain tradename and professional reputation necessary to obtain its initial medical cannabis licenses. The 2016 Note matures in April 2026 and bears interest at an annual rate of 8%. During 2017, $448,391 principal amount of the 2016 Note was converted into 328.90 shares, or 4,933,500 as if converted, of common stock of Trulieve US with a fair value of $1,217,030, which resulted in an additional loss on settlement of $768,639. The remaining balance of the 2016 Note plus accrued interest was repaid in April 2018.

In April 2016, Trulieve US issued a $5,000,000 convertible note (the "**CTC Note**") to Coast to Coast Management LLC ("**C2C**"), an entity controlled by a member of management and a shareholder of the Corporation. During the year ended December 31, 2017, Trulieve US and C2C determined that $375,000 of the principal amount of the CTC Note was a license fee and such amount was recognized as revenue by Trulieve US. The remaining principal amount of the CTC Note was converted into 1,250 shares, or 18,750,000 as if converted, of common stock of Trulieve US in November 2017.

During the years ended December 31, 2016 and 2017, Trulieve US entered into various lines of credit with C2C and other entities controlled by members of management and shareholders of the Corporation to finance the buildout of various dispensary locations. Each line of credit bears 8% annual interest and, depending on the amount, matures between one to three years from initial drawdown. As of December 31, 2018, an aggregate of $1,474,379 remains outstanding under these lines of credit.

In April 2017, Trulieve US issued a $3,999,999 promissory note to Shelter Rock Capital Advisors, LLC (the "**Shelter Rock Note**").  The Shelter Rock Note was amended in January 2019 to extend the maturity of three tranches until April, May and June of 2022, respectively, and bears interest at an annual rate of 12%. Benjamin Atkins, a former director of the Corporation, provided a guarantee of the Shelter Rock Note and, in consideration for such guarantee, Trulieve US granted a mortgage in the amount of $3,999,999 in favour of Mr. Atkins.

In September 2017, Trulieve US issued a $1,300,000 promissory note to a shareholder of the Corporation (the "**Beshears Note**"). The Beshears Note bears interest at an annual rate of 12%. The Beshears Note, would have matured in January 2018, but was rolled into a subsequent financing and exchanged for the Clearwater GPC, Traunch 4 and Rivers Notes.

In November 2017, Trulieve US issued a $1,844,596 promissory note to Inkbridge, LLC (the "**Inkbridge Note**"), an entity controlled by the Corporation's Chief Executive Officer. The Inkbridge Note bears interest at an annual rate of 12% and matures in November 2019. The Inkbridge Note was rolled into a subsequent financing and exchanged for the Clearwater GPC, Traunch 4 and Rivers Notes.

In December 2017, Trulieve US issued a $2,000,000 promissory note (the "**Vandagraff Note**") to Vandagraff One, LLC pursuant to the terms of a loan and security agreement dated as of December 7, 2017. The Vandagraff Note bears interest at an annual rate of 12% and matures in December 2021. In conjunction with the SR Offering, the Vandagraff Note became due on demand.

In January 2018, Trulieve US issued a $6,000,000 promissory note (the "**Track V Note**") to Track V, LLC pursuant to the terms of a loan and security agreement dated as of January 11, 2018. The Track V Note matures in January 2020 and bears interest at an annual rate of 12%. Trulieve US is to make monthly interest payments, and all outstanding principal and any unpaid accrued interest is due and payable, in full, on maturity. If Trulieve US lists its securities on a foreign or domestic exchange, the Track V Note is to become due and payable within 90 days of such listing. In connection with the Track V Note financing, shareholders of Trulieve US agreed to dilute their share ownership by 1% and to transfer shares of common stock of Trulieve US to certain individuals representing the holder of the Track V Note as a cost of raising the funds.

In March, April and May 2018, Trulieve US issued three separate promissory notes (the "**Clearwater GPC, Traunch 4 and Rivers Notes**") in an aggregate principal amount of $18,000,000. Each of the Clearwater GPC, Traunch 4 and Rivers Notes has a 24-month maturity and bears interest at a rate of12% per annum. In connection with the Clearwater GPC, Traunch 4 and Rivers Note financing, shareholders of Trulieve US agreed to dilute their share ownership by 3.0% (1% respectively, per Clearwater, GPC, Traunch 4 and Rivers Note) and to transfer shares of common stock of Trulieve US to certain individuals representing the holders of the Clearwater GPC, Traunch 4 and Rivers Notes as a cost of raising the funds.

Throughout 2018, the Corporation entered into four separate 24-month loans, each with an 8% annual interest rate, with a related party for a total of $895,775.

Prior to the Transaction, Trulieve US completed the SR Offering for aggregate gross proceeds of approximately C$65 million. The brokered portion of the SR Offering was co-led by Canaccord Genuity Corp. and GMP Securities L.P.

Following closing of the Transaction, the Corporation repaid the Track V Notes and the Clearwater GPC Note.

## DESCRIPTION OF THE BUSINESS

### General

Trulieve has four subsidiaries, being Trulieve US, Leef Industries, Life Essence and Trulieve Holdings. Trulieve US, Life Essence and Trulieve Holdings are wholly-owned by Trulieve. Trulieve currently holds 80% of the issued and outstanding membership interests in Leef Industries and is proposing to acquire the balance of the issued and outstanding membership interests upon receipt of final regulatory approval from the State of California, as contemplated in the Leef Industries Purchase Agreement. Trulieve US is a vertically integrated "seed to sale" cannabis company and is the first and largest fully licensed medical marijuana company in the State of Florida. Trulieve US cultivates and