# Exhibit 8



**Trulieve Cannabis Corp.**

**Annual Information Form**

**For the year ended December 31, 2017**

Dated October 9, 2018

to maintain its status as a "foreign private issuer" (as determined in accordance with Rule 3b-4 under the Exchange Act) on closing of the Transaction.

In connection with the Transaction and pursuant to the SR Offering, a total of 7,554,050 Subordinate Voting Share, 170,102.50 Multiple Voting Shares and 852,466 Super Voting Shares were issued and outstanding after completion of the Transaction, including Subordinate Voting Shares and Multiple Voting Shares issued to former holders of the subscription receipts issued in the SR Offering. Each Super Voting Share is convertible into Multiple Voting Shares at the option of the holder or upon certain triggering events. Each Multiple Voting Share, including those issued upon conversion of the Super Voting Shares, is convertible into 100 Subordinate Voting Shares at the option of the holder or upon certain triggering events.

The Subordinate Voting Shares began trading on the Canadian Securities Exchange (the "**CSE**") on September 25, 2018 under the symbol "TRUL".

**Three-Year History**

Trulieve, Inc. was incorporated as a Georgia Corporation under the name "George Hackney, Inc." on January 25, 1990. On June 11, 2018, Trulieve, Inc. re-domesticated to Florida with the Florida Division of Corporations pursuant to Florida Statute 607.1801. On July 18, 2018, Trulieve, Inc. changed its name to "Trulieve, Inc." On August 27, 2018, Trulieve, Inc. increased its authorized share capital to 25,000,000 shares of common stock and 20,000 shares of preferred stock with a par value of $0.001 per share. On September 11, 2018, Trulieve, Inc. approved a reclassification of the issued and outstanding share capital of Trulieve, Inc. whereby each issued and outstanding share of common stock was split and became 150 shares of common stock such that there were 986,835 shares of common stock of Trulieve, Inc. issued and outstanding prior to the closing of the Transaction.

Trulieve, Inc. has been registered as a nursery in the State of Florida since June 2, 1981. On November 23, 2015, Trulieve, Inc. was awarded a license to operate in the State of Florida as a Medical Marijuana Dispensing Organization. Trulieve, Inc. filed a fictitious name with the Florida Division of Corporations for the name "Trulieve" on March 20, 2016 and changed its name to "Trulieve, Inc." on July 18, 2018. Pursuant to current law, Trulieve, Inc. is now considered a Medical Marijuana Treatment Center ("**MMTC**") in the State of Florida.

Trulieve is licensed to produce and sell medical cannabis in the State of Florida through the Florida Department of Health, Office of Medical Marijuana Use (the "**Department**"). The Department issued a license to Trulieve, Inc. (the "**License**") on November 23, 2015.

**Financing Activities**

In April 2016, Trulieve, Inc. issued a $1,000,000 promissory note (the "**2016 Note**") to George Hackney, a director and shareholder of the Corporation, to finance the acquisition of certain tradename and professional reputation necessary to obtain its initial medical cannabis licenses. The 2016 Note matures in April 2026 and bears interest at an annual rate of 8%. During 2017, $448,391 principal amount of the 2016 Note was converted into 328.90 shares of common stock of Trulieve, Inc. with a fair value of $1,216,930 which resulted in an additional loss on settlement of $768,639. The remaining balance of the 2016 Note plus accrued interest was repaid in April 2018.

In April 2016, Trulieve, Inc. issued a $5,000,000 convertible note (the "**CTC Note**") to Coast to Coast Management LLC ("**C2C**"), an entity controlled by a member of management and a shareholder of the Corporation. During the year ended December 31, 2017, Trulieve, Inc. and C2C determined that $375,000 of the principal amount of the CTC Note was a license fee and such amount was recognized as revenue by Trulieve, Inc. The remaining principal amount of the CTC Note was converted into 1,250 shares of common stock of Trulieve, Inc. in November, 2017.

During the years ended December 31, 2016 and 2017, Trulieve, Inc. entered into various lines of credit with C2C and other entities controlled by members of management and shareholders of the

Corporation to finance the buildout of various dispensary locations. Each line of credit bears 8% annual interest and, depending on the amount, matures between one to three years from initial drawdown. As at June 30, 2018, an aggregate of $2,404,963.93 remains outstanding under these lines of credit.

In April 2017, Trulieve, Inc. issued a $3,999,999 promissory note to Shelter Rock Capital Advisors, LLC (the "**Shelter Rock Note**").  The Shelter Rock Note matures in January 2019 and bears interest at an annual rate of 12%. Benjamin Atkins, a directors of the Corporation, provided a guarantee of the Shelter Rock Note and, in consideration for such guarantee, Trulieve, Inc. granted a mortgage in the amount of $3,999,999 in favour of Mr. Atkins.

In September 2017, Trulieve, Inc. issued a $1,300,000 promissory note to a shareholder of the Corporation (the "**Beshears Note**"). The Beshears Note matures in January 2018 and bears interest at an annual rate of 12%. The Beshears Note was rolled into a subsequent financing and exchanged for the Clearwater GPC, Traunch 4 and Rivers Notes.

In November 2017, Trulieve, Inc. issued a $1,844,596 promissory note to Inkbridge, LLC (the "**Inkbridge Note**"), an entity controlled by the Corporation's Chief Executive Officer. The Inkbridge Note bears interest at an annual rate of 12% and matures in November, 2019. The Inkbridge Note was rolled into a subsequent financing and exchanged for the Clearwater GPC, Traunch 4 and Rivers Notes.

In December 2017, Trulieve issued a $2,000,000 promissory note (the "**Vandagraff Note**") to Vandagraff One, LLC pursuant to the terms of a loan and security agreement dated as of December 7, 2017. The Vandagraff Note bears interest at an annual rate of 12% and matures in December, 2019.

In January, 2018, Trulieve issued a $6,000,000 promissory note (the "**Track V Note**") to Track V, LLC pursuant to the terms of a loan and security agreement dated as of January 11, 2018. The Track V Note matures in January, 2020 and bears interest at an annual rate of 12%. Trulieve is to make monthly interest payments to the lender and all outstanding principal and any unpaid accrued interest is due and payable, in full, on maturity. If Trulieve, Inc. lists its securities on a foreign or domestic exchange, the Track V Note is to become due and payable within 90 days of such listing. In connection with the Track V Note financing, shareholders of Trulieve, Inc. agreed to dilute their share ownership by 1% and to transfer shares of common stock of Trulieve, Inc. to certain individuals representing the holder of the Track V Note as a cost of raising the funds.

In March, April and May 2018, Trulieve, Inc. issued three separate promissory notes (the "**Clearwater GPC, Traunch 4 and Rivers Notes**") in an aggregate principal amount of $18,000,000. Each of the Clearwater GPC, Traunch 4 and Rivers Notes has a 24 month maturity and bears interest at a rate of12% per annum. In connection with the Clearwater GPC, Traunch 4 and Rivers Note financing, shareholders of Trulieve, Inc. agreed to dilute their share ownership by 3.0% (1% respectively, per Clearwater, GPC, Traunch 4 and Rivers Note) and to transfer shares of common stock of Trulieve, Inc. to certain individuals representing the holders of the Clearwater GPC, Traunch 4 and Rivers Notes as a cost of raising the funds.

Following closing of the Transaction, the Corporation repaid the Track V Notes and the Clearwater GPC Note.

**DESCRIPTION OF THE BUSINESS**

**General**

The Corporation is a vertically integrated "seed to sale" company and is the first and largest fully licensed medical marijuana company in the State of Florida. The Corporation cultivates and produces all of its products in-house and distributes those products to Trulieve branded stores (dispensaries) throughout the State of Florida, as well as directly to patients via home delivery.