**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

|  |  |
|---|---|
| MONICA ACERRA, et al., | Master File No. 4:20cv186-RH-MJF |
| Plaintiffs, |  |
| v. | Hon. Robert L. Hinkle |
|  | **Jury Trial Demanded** |
| TRULIEVE CANNIBS CORP., et al., |  |
| Defendants. |  |

**Declaration of Jonathan Stern**

I, Jonathan Stern, declare:

1.  I am an attorney with the Rosen Law Firm, P.A., Attorneys for Lead Plaintiffs in the above-captioned action.   I make this declaration in opposition to Defendants Motion to Dismiss.  I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.  Attached as Exhibit 1 is a true and correct copy of www.trulieve.com/about

3.  Attached as Exhibit 2 is a true and correct copy of IFRS Standard 24.

4.  Attached as Exhibit 3 are true and correct copies of plaintiffs' PSLRA certifications.

1

October 26, 2020

/s/ Jonathan Stern
Jonathan Stern