**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| MONICA ACERRA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRULIEVE CANNIBS CORP., et al.,<br><br>Defendants. | Master File No. 4:20cv186-RH-MJF<br><br><br>Hon. Robert L. Hinkle<br>**Jury Trial Demanded** |

**Corrected Declaration of Jonathan Stern**

I, Jonathan Stern, declare:

1.  I am an attorney with the Rosen Law Firm, P.A., Attorneys for Lead Plaintiffs in the above-captioned action.   I make this declaration in opposition to Defendants Motion to Dismiss.  I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.  The previously filed declaration in this matter inadvertently did not include Plaintiffs' PSLRA certifications as Exhibit 3 due to a technical error. Plaintiffs regret the error.

3.  Attached as Exhibit 1 is a true and correct copy of www.trulieve.com/about

4.  Attached as Exhibit 2 is a true and correct copy of IFRS Standard 24.

5.  Attached as Exhibit 3 are true and correct copies of plaintiffs' PSLRA certifications.

1

November 10, 2020

/s/ Jonathan Stern
Jonathan Stern

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been filed this 10th day of November, 2020, and served to the following counsel of record via Federal Express overnight.

/s/ Jonathan Stern

**GLENN BURHANS, JR.**
FLORIDA BAR NO. 605867
**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF**
**&SITTERSON, P.A.**
HIGHPOINT CENTER
106 EAST COLLEGE AVENUE
SUITE 700
TALLAHASSEE, FL 32301
TELEPHONE: (850) 329-4850
GBURHANS@STEARNSWEAVER.COM

**GRACE L. MEAD**
FLORIDA BAR NO. 49896
**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF**
**&SITTERSON, P.A.**
MUSEUM TOWER
150 WEST FLAGLER STREET
SUITE 2200
MIAMI, FLORIDA 33130
TELEPHONE: (305) 789-3200
GMEAD@STEARNSWEAVER.COM

**PAUL R. BESSETTE**
TEXAS BAR NO. 02263050
*Admitted Pro Hac Vice*
**MICHAEL BILES**
TEXAS BAR NO. 24008578
*Admitted Pro Hac Vice*
**JESSICA ENGLAND**
TEXAS BAR NO. 24105841
*Admitted Pro Hac Vice*
**SRIMATH SALIYA**
**SUBASINGHE**
TEXAS BAR NO. 24093226
*Admitted Pro Hac Vice*
**TYLER WAYNE HIGHFUL**
TEXAS BAR NO. 24083176
*Admission Pro Hac Vice Pending*

**KING &SPALDING LLP**
500 W. 2ND STREET, SUITE 1800
AUSTIN, TX 78701
PBESSETTE@KSLAW.COM
MBILES@KSLAW.COM
JENGLAND@KSLAW.COM
SSUBASINGHE@KSLAW.COM
THIGHFUL@KSLAW.COM