# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MONICA ACERRA, et al.,

        Plaintiffs,

v.

TRULIEVE CANNABIS CORP., et al.,

        Defendants.

CONSOLIDATED
CASE NO. 4:20cv186-RH-MJF

## <u>SUPPLEMENTAL AFFIDAVIT OF PAUL R. BESSETTE</u>

STATE OF TEXAS      )
                          )
COUNTY OF TRAVIS   )

PAUL R. BESSETTE, being duly sworn, states the following:

1. I am a partner in the firm of King & Spalding LLP and one of the attorneys representing Defendants Trulieve Cannabis Corp. ("Trulieve"), Kim Rivers, and Mohan Srinivasan ("Defendants") in the above-captioned action. I submit this affidavit to provide the Court with materials, which are self-authenticating documents or are otherwise not in controversy, and which are cited in the Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint.

2.      Attached hereto as Exhibit 9 is a true and correct copy of Plaintiffs' Second Amended Complaint, filed with the Court on April 8, 2021, with new allegations underlined.

3.      Attached hereto as Exhibit 10 is a true and correct copy of an article entitled "Cannabis Is Generating Jobs and Transforming lives, published by 850 Business Magazine on September 28, 2018.

4.      Attached hereto as Exhibit 11 is a true and correct copy of relevant excerpts of Trulieve's Form 10-K 2020 Annual Report, filed on March 23, 2021

_____
Paul R. Bessette

SUBSCRIBED AND SWORN to before me and given under my hand and seal this office on the 10th day of May 2021.



_____
Notary Public for the State of Texas
My commission expires:
        April 05, 2022

2