## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| MONICA ACERRA, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>TRULIEVE CANNABIS CORP., et al.,<br><br>          Defendants. | CONSOLIDATED<br>CASE NO. 4:20cv186-RH-MJF |

## <u>SUPPLEMENTAL AFFIDAVIT OF PAUL R. BESSETTE</u>

STATE OF TEXAS      )
                          )
COUNTY OF TRAVIS    )

PAUL R. BESSETTE, being duly sworn, states the following:

1. I am a partner in the firm of King & Spalding LLP and one of the attorneys representing Defendants Trulieve Cannabis Corp. ("Trulieve"), Kim Rivers, and Mohan Srinivasan ("Defendants") in the above-captioned action. I submit this affidavit to provide the Court with materials, which are self-authenticating documents or are otherwise not in controversy, and which are cited in the Defendants' Reply in Support of Motion to Dismiss Plaintiffs' Second Amended Complaint.

2

2.      Attached hereto as Exhibit 12 is a true and correct copy of news release entitled "Kim Rivers on the Benefits of Marijuana Dispensaries," published on April 11, 2018.

_____
Paul R. Bessette

SUBSCRIBED AND SWORN to before me and given under my hand and seal this office on the 30th day of June 2021.



_____
Notary Public for the State of Texas
My commission expires:
          April 05, 2022

2