## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

MONICA ACERRA et al.,

      Plaintiffs,

v.                                                          CASE NO. 4:20cv186-RH-MJF

TRULIEVE CANNABIS CORP. et al.,

      Defendants.

_____/

## JUDGMENT

    All claims are dismissed with prejudice.


                        JESSICA J. LYUBLANOVITS
                        CLERK OF COURT


January 3, 2022                     *s/ Cindy Markley*
DATE                               Deputy Clerk: Cindy Markley